# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELI LILLY AND COMPANY and THE TRUSTEES OF PRINCETON UNIVERSITY,<br><br>        Plaintiffs,<br><br>        v.<br><br>APP PHARMACEUTICALS, LLC,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. _____<br>)<br>)<br>)<br>)<br>) |

## RULE 7.1 STATEMENT OF ELI LILLY AND COMPANY

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Eli Lilly and Company, a nongovernmental corporate party organized and existing under the laws of the State of Indiana, states that Eli Lilly and Company has no parent corporation and that no publicly held company owns 10% or more of its stock.

OF COUNSEL:
Bruce R. Genderson
Adam L. Perlman
Ellen E. Oberwetter
Dov P. Grossman
David M. Krinsky
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
(202) 434-5029 (Facsimile)

Dated: June 25, 2008

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
(302) 651-7701 (Facsimile)

*Attorneys for Plaintiff Eli Lilly and Company*