IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELI LILLY AND COMPANY and THE TRUSTEES OF PRINCETON UNIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>APP PHARMACEUTICALS, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. _____<br>)<br>)<br>)<br>)<br>) |

## RULE 7.1 STATEMENT OF THE TRUSTEES OF PRINCETON UNIVERSITY

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, The Trustees of Princeton University, a not-for-profit educational institution organized and existing under the laws of the State of New Jersey, states that The Trustees of Princeton University has no parent corporation and that no publicly held company owns 10% or more of its stock.

OF COUNSEL:
Bruce R. Genderson
Adam L. Perlman
Ellen E. Oberwetter
Dov P. Grossman
David M. Krinsky
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
(202) 434-5029 (Facsimile)

Dated: June 25, 2008

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
(302) 651-7701 (Facsimile)

*Attorneys for Plaintiff The Trustees of Princeton University*